1    **B.C. BARMANN, SR., COUNTY COUNSEL**
     **COUNTY OF KERN, STATE OF CALIFORNIA**
2    **By Jennifer L. Thurston, Deputy (Bar # 191821)**
     **Administrative Center**
3    **1115 Truxtun Avenue, Fourth Floor**
     **Bakersfield, California 93301**
4    **Telephone:  (661) 868-3800**

5    **Attorney for Defendants, BOHL, WEDEKING, SALDANA**
     **DE LA ROSA, RATLIFF**

6

7                      **UNITED STATES DISTRICT COURT**

8                      **EASTERN DISTRICT OF CALIFORNIA**

9

10   EMMANUEL SENYO AGYEMAN,            )      **CASE NO. CV 1:99-cv-05913 WMW**
                                        )
11                    Plaintiff,        )
                                        )      ORDER GRANTING DEFENDANTS'
12          vs.                         )      MOTION TO COMPEL ANSWERS
                                        )      TO INTERROGATORIES
13   BOHL, WEDEKING, SALDANA            )
     DE LA ROSA, RATLIFF                )
14                                      )
                      Defendants.       )
15   _____)

16          On August 8, 2001, Defendants Bohl, Wedeking, Saldana, DeLa Rosa and Ratliff filed a

17   Motion to Compel Discovery Responses to compel plaintiff to provide responsive answers to

18   certain interrogatories.  The motion was not decided by the Court due to the fact that defendants'

19   Motion for Summary Judgment was granted on September 27, 2002.

20          As the matter is now back before the court, and after a  review of the pleadings, the Court

21   makes the following order:

22          Defendants' Motion to Compel answers to interrogatories by Defendants Saldana, Wedeking

23   and Bohl is granted in its entirety.

24          IT IS HEREBY ORDERED that:

25          (1)    Plaintiff will provide the answers responding to Defendant Saldana's Interrogatories,

26   Set One, question numbers 1, 2 and 3 within ten days of the date of this order:

27          (2)    Plaintiff will provide the answers responding to Defendant Wedeking's

28   Interrogatories, Set One, question numbers 1, 3, 6 and 12 within ten days of the date of this order.

                                           1

1          (3)      Plaintiff will provide the answers responding to Defendant Bohl's Interrogatories, Set

2     One, question numbers 2, 3, 5, 7 and 15C within ten days of the date of this order.

3     IT IS SO ORDERED.

4     **Dated:     January 22, 2008**                    /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Defendants Motion to Compel Answers to Interrogatories