1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  By Jennifer L. Thurston, Deputy (Bar # 191821)
   Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone:  (661) 868-3800

5  **Attorney for Defendants, BOHL, WEDEKING, SALDANA**
   **DE LA ROSA, RATLIFF**

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

10 EMMANUEL SENYO AGYEMAN,         )   **CASE NO. CV 1:99-cv-05913 WMW**
                                   )
11              Plaintiff,         )
                                   )   ORDER DIRECTING THE FEDERAL
12     vs.                         )   BUREAU OF INVESTIGATION
                                   )   TO PRODUCE DOCUMENTS
13 BOHL, WEDEKING, SALDANA         )
   DE LA ROSA, RATLIFF             )
14                                 )
                Defendants.        )
15 _____ )

17     On August 8, 2001, Defendants Bohl, Wedeking, Saldana De La Rosa and Ratliff filed a Motion to Obtain Records of the Federal Bureau of Investigation.  The motion was not decided by the Court due to the fact that defendants' Motion for Summary Judgment was granted on September 27, 2002.

21     As the matter is now back before the Court, and after a review of the pleadings, the Court makes the following order:

23     The Court orders the Federal Bureau of Investigation to provide all documents, including, but not limited to, records, reports, notes, grievances and complaints, regarding allegations made against the INS, any detention/custodial facility or its employees or any fellow detainee by Emmanuel Senyo Agyeman, DOB 10/30/55, Alien Number  A-29765590 and any investigation of such allegations.

28 ///

                                    1

1   The records shall be produced to the Office of the County Counsel, Jennifer L. Thurston,
2   Deputy County Counsel, 1115 Truxtun Avenue 4th Floor, Bakersfield, CA 93301, within thirty (30)
3   days of the date of this order.

16  IT IS SO ORDERED.

17  **Dated:   January 22, 2008**                    /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE