IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMMANUEL SENYO AGYEMAN,

        Plaintiff,                      CV F 99 5913 WMW P

  vs.                                 ORDER RE MOTION (DOC 98)

BOHL, et al.,

        Defendants.

      Plaintiff is a former Kern County Jail inmate proceeding pro se and in forma pauperis in this civil rights action.  Pending before the Court is Plaintiff's motion for leave to file papers electronically.

      Pursuant to Local Rule 11-110(b)(2), any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge.  All pro se litigants shall file and serve paper documents as required by applicable Local Rules and Federal Rules of Civil Procedure.

      Plaintiff seeks leave to file electronically on the ground that he resides outside of the United States.  The Court will grant extensions of time should good cause be shown for reasons of Plaintiff's residence.  Pursuant to Clerk's Office procedure, Plaintiff's submissions will be scanned and electronically filed.  Plaintiff will not suffer any penalty on the ground that his

submission was not electronic.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to file papers electronically is denied.

IT IS SO ORDERED.

**Dated:   January 29, 2008**            /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE