1  **B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Jennifer L. Thurston, Deputy (Bar # 191821)**
**Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
4  **Telephone:  (661) 868-3800**

5  **Attorney for Defendants, BOHL, WEDEKING, SALDANA**
**DE LA ROSA, RATLIFF**
6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10  **EMMANUEL SENYO AGYEMAN,**                    **CASE NO. CV 1:99-cv-05913 WMW**

11                       **Plaintiff,**            **ORDER DISMISSING DEFENDANTS**
**WITH PREJUDICE**
12         **v.**

13  **BOHL, WEDEKING, SALDANA,**
**DE LA ROSA, RATLIFF ,**
14
                     **Defendants.**
15

16

17         The Stipulation to Dismiss defendants Daniel Bohl, Darrin Wedeking, Joe Saldana,

18  Arthur DeLa Rosa and Kelley Ratliff  by plaintiff Emmanuel Senyo Agyeman having been

19  filed;

20         IT IS HEREBY ORDERED that Daniel Bohl, Darrin Wedeking, Joe Saldana, Arthur

21  DeLa Rosa and Kelley Ratliff are dismissed from this action with prejudice.  The Clerk is

22  directed to close this case.

23

24

25  IT IS SO ORDERED.

26  **Dated:    September 8, 2008**              _____/s/  **William M. Wunderlich**_____
                                          UNITED STATES MAGISTRATE JUDGE
27

28

1

Order Dismissing Defendants with Prejudice